# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETA PHILLIPS,<br><br>  Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-04141 CBM (RAOx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE  [JS-6]**<br><br>Judge:  Hon. Consuelo B. Marshall<br><br>Complaint Filed:  May 13, 2019 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-04141 CBM (RAOx), is dismissed in its entirety as to all defendants with prejudice.  All dates set in this matter are hereby taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: JUNE 15, 2020

_____
HON. CONSUELO B. MARSHALL
United States District Judge

173958.1